UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRANDON T. GATES,

                     Petitioner,

        v.

DEAN MASON,

                     Respondent.

CASE NO. 2:25-CV-2221-RSM-DWC

REPORT AND RECOMMENDATION

Noting Date: May 29, 2026

The District Court referred this action, filed pursuant to 28 U.S.C. § 2254, to United States Magistrate Judge David W. Christel. Presently before the Court is Respondent Dean Mason's Motion to Dismiss ("Motion"). Dkt. 14.

Respondent filed the pending Motion on February 20, 2026, asserting the Petition is unexhausted and should be dismissed without prejudice. *See* Dkt. 14. Petitioner Brandon T. Gates filed a response stating he does not oppose the Motion to Dismiss without prejudice. Dkt. 17. In the Response, Petitioner acknowledged the federal exhaustion requirements and stated he intends to pursue available state court remedies. *Id*. As such, Petitioner "does not oppose dismissal of the present petition without prejudice so that Petitioner may complete exhaustion of

REPORT AND RECOMMENDATION - 1

available state court remedies and, if necessary, return to federal court thereafter." *Id*. at 2. As Petitioner concedes he has not exhausted available state court remedies and does not oppose the Motion to Dismiss, the Court recommends the Motion to Dismiss (Dkt. 14) be granted and this case be dismissed without prejudice.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **May 29, 2026.**

Dated this 8th day of May, 2026.

David W. Christel
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2